■ In the Matter of the Claim of SIMON FITZSIMMONS, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES J. WILKINSON, Appellant, against DANIEL McMANN, as Acting Warden of Clinton Prison, Respondent.— Motion for an extension of time within which to perfect appeal. Motion granted and time extended for 90 days. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ VILLAGE OF MASSENA, Respondent, v. 50,500 SQUARE FEET OF LAND, MORE OF LESS, SITUATE IN THE VILLAGE OF MASSENA, et al., Defendants, and ROBERT CARNEY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. LONG, JR., Appellant.— Motion to enlarge time within which to perfect appeal. Motion granted and time extended for 90 days. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. KAHLER, JR., Appellant.— Motion for enlargement of time within which to perfect appeal. Motion granted and time extended for a period of 90 days. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON TROCHE, Appellant.— Motion to enlarge time within which to perfect appeal. Motion granted and time extended for 90 days. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of COY HERMAN, Respondent, against RINGLING BROTHERS BARNUM & BAILEY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to file note of issue for the January 1960 Term granted and the order of this court entered June 8, 1959 amended accordingly. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.